## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNEAPOLIS

Rickey Jones,  Civil No. 07-3577 (DWF/SRN)

       Plaintiff,

v.  **ORDER**

City of Minneapolis, Minnesota,
Officer Jonathan Kingsbury (in his individual
capacity); Officer Craig Taylor (in his individual
capacity); Officer Jomar Villamore (in his individual
capacity); Officer Kevin Lazarchic (in his individual
capacity); and John Does 1-5,

       Defendants.

_____

Jill Clark, Esq., Jill Clark, PA, counsel for Plaintiff.

James A. Moore, Assistant City Attorney, Minneapolis City Attorney's Office, counsel for Defendants.

_____

This matter is before the Court on Defendants' Motion for Summary Judgment. For the reasons to be set forth in a separate forthcoming memorandum opinion, the Court grants in part and denies in part the motion. Based on the files, records, and proceedings herein, and for the reasons to be set forth in a separate memorandum opinion, **IT IS ORDERED** that:

    1.    Defendants' Motion for Summary Judgment (Doc. No. 11) is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. Defendants' motion is **GRANTED** as to Defendants John Does 1-5. Defendants John Does 1-5 are **DISMISSED WITH PREJUDICE** from this action.

b. Defendants' motion is **DENIED** as to Plaintiff's 42 U.S.C. § 1983 claims against the City of Minneapolis, Officer Jonathan Kingsbury, Officer Craig Taylor, Officer Jomar Villamore, and Officer Kevin Lazarchic.

Dated: August 31, 2009      s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge