# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## FINAL SETTLEMENT CONFERENCE

Rickey Jones,
        Plaintiff,
v.

City of Minneapolis, et al.,
        Defendants.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-07-3577 DWF/SRN |
| Date: | September 23, 2010 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 3:15 p.m. |
| Time in Court: | 5 Hours & 45 Minutes |

APPEARANCES:

For Plaintiff:    Jill Clark
For Defendants    James A. Moore

Interpreter / Language:    /

Hearing on: **Final Settlement Conference**

PROCEEDINGS:

☒ Settlement reached. Terms stated on the record. **If a transcript of this proceeding is requested, it shall be filed under seal.**

☐ No settlement reached.

                s/ Beverly C. Riches
                Signature of Judicial Assistant