UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Rickey Jones,**                                                        Civil No. 07-3577 DWF/SER

     **Plaintiff,**

v.

**ORDER**

**City of Minneapolis,**
**Officer Jonathan Kingsbury,**
**Officer Craig Taylor,**
**Officer Jomar Villamore,**
**Officer Kevin Lazarchic, and**
**John Does 1-5,**

     **Defendants.**

_____

     Jill Clark, Esq., Jill Clark, PA, 2005 Aquila Avenue North, Golden Valley, MN 55427, for Plaintiff.

     James Anthony Moore, Esq., Minneapolis City Attorney's Office, 350 South 5th Street, Room 210, Minneapolis, MN 55415, for Defendants.

_____

     On February 28, 2011, this Court entered an Order to Show Cause directing the parties to show cause why the case should not be dismissed based on the settlement reached on the record on September 23, 2010. Plaintiff's attorney of record, Jill Clark, sent an informal email to the Court on March 14, 2011 responding to the Order to Show Cause. Ms. Clark has indicated that another attorney, Mr. Malush-who has not made an appearance in this matter, is assisting with the finalization of the settlement agreement. Ms. Clark has also asked for an additional week to finalize the settlement.

     Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties may have until March 23, 2011 to resolve this matter. If the parties are unable to resolve the matter, Ms. Clark must clarify and resolve for this court who will represent Mr. Jones

going forward, either through Mr. Malush making a formal appearance or a motion to withdraw as counsel. If the parties are unable to resolve the matter, on March 23, 2011 the parties shall simultaneously submit *in camera* letters to the Court, by email, outlining the status of the finalization of the settlement and their respective positions on whether any further Court involvement is necessary.


Dated: March 15, 2011                s/ Steven E. Rau_____
                                     STEVEN E. RAU
                                     United States Magistrate Judge