UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rickey Jones,

            Plaintiff,

vs.

City of Minneapolis,

            Defendant.

COURT FILE NO. 07-CV-3577 DWF/SRN

STIPULATION FOR DISMISSAL

---

The parties, by and through their undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiffs' Complaint with prejudice and without costs to either party.

Dated: 3/31/11

JILL CLARK (#196988)
2005 Aquila Avenue North
Golden Valley, MN 55427
(763) 417-9102

*Attorney for Plaintiff*

Dated: 3/29/11

SUSAN L. SEGAL
City Attorney
By James C. Moore

JAMES A. MOORE (#16883X)
Assistant City Attorney
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2063

*Attorneys for Defendants*